# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO GONZALEZ, an individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARRETT BUSINESS SERVICES INC., a corporate entity form unknown; TECHSICO, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:22-cv-01810-CAB-DEB<br>Assigned for all purposes to the<br>Hon. Cathy Ann Bencivengo<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41 [Doc. No. 17]** |

[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41

1

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Juan Antonio Gonzalez's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: April 3, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41**